

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
*Attorneys for the United States*



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 19 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$37,050.00 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant. | 2:21-cv-01937-RFB-BNW<br><br>**The United States of America's Unopposed Motion to Extend the Time to File a Civil Complaint for Forfeiture in Rem of the Property**<br><br>**(First Request)** |

　　The United States of America requests that this Court extend the time for the United States to file a civil complaint for forfeiture in rem of $37,050.00 in United States Currency (Property) for 180 days, to and including April 25, 2022. The property was seized on or around May 5, 2021 from putative Claimant Juan Manuel Galindo-Murrillo during a criminal investigation. This is the first request.

　　This Motion is made pursuant to 18 U.S.C. § 983(a)(3)(A) and Local Rule LR IA 6-1. The grounds for this Motion are: (1) the United States and putative Claimant are engaged in plea negotiations; (2) if a plea agreement is reached, the parties believe that there is a reasonable likelihood that this civil in rem forfeiture matter would be resolved as part of a global plea agreement; (3) the parties agree that an extension of the filing deadline for this civil in rem forfeiture matter would provide the parties a fair opportunity to engage in plea negotiations for any such global plea agreement; and (4) tolling the time with respect to all filings stand to save the parties and the Court substantial time and resources.

Counsel for the United States and counsel for putative Claimant have discussed this matter, and the parties are in agreement that the Court's granting of this Motion would facilitate ongoing criminal negotiations involving both criminal liability and forfeiture. The current deadline for filing a civil complaint for forfeiture in rem of the Property is on or about October 27, 2021.

The grounds for this Motion, which are good cause (ongoing negotiations for a global resolution) and agreement of the parties, justify extending the period of time for filing a civil complaint for forfeiture in rem under 18 U.S.C. § 983(a)(3)(A).

This Motion is supported by the following Memorandum of Points and Authorities.

Dated this 19th day of October 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/  James A. Blum
JAMES A. BLUM
Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   Statement of Facts

On or about May 5, 2021, $37,050 in United States currency was seized during a criminal investigation from putative Claimant in Clark County, Nevada.

The $37,050 was subject to administrative summary forfeiture proceedings; however, putative Claimant filed an administrative claim on or about July 29, 2021, for the property. The government and putative Claimant are engaged in plea negotiations, regarding both criminal liability and forfeiture.

### II.  Argument

This Court should grant this application for an extension of time to file a civil complaint for forfeiture in rem of the $37,050 because putative Claimant has agreed to such an extension. *See* LR IA 6-1; 18 U.S.C. § 983(a)(3)(A).

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

18 U.S.C. § 983(a)(3)(A) (brackets and ellipsis added).

The filing of a civil complaint for forfeiture in rem, pursuant to 18 U.S.C. § 983, starts a civil forfeiture in rem action that is new and is separate from a criminal prosecution. A district court has the authority under 18 U.S.C. § 983(a)(3)(A) to extend the period of time to file a civil complaint for forfeiture in rem based on the agreement of the parties. Doing otherwise could cause interference with the plea-negotiation process or the criminal prosecution.

On October 18, 2021, putative Claimant's counsel in the criminal case, John Turco, agreed to the extension of time. Because the parties have agreed that the United States should be allowed an extension of time to file its civil complaint for forfeiture in rem, the government asks this Court to grant its Motion pursuant to 18 U.S.C. § 983(a)(3)(A).

This Application is not submitted solely for the purpose of delay or for any other improper purpose.

III. **Conclusion**

The United States has filed this Motion simultaneously with a Motion for an Order to Seal and Stay the civil matter.

This Court should grant an extension of time to and including April 25, 2022 for the United States to file a civil complaint for forfeiture in rem of the $37,050 because the parties have agreed to the extension and the request for the extension is supported by good cause. Further, this Court should toll the time for purposes of constitutional theories of relief (such as Due Process), the statute of limitations, and equitable theories of relief (such as latches).

Dated this 19th day of October 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 27, 2021

4

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James A. Blum, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101, 702-388-6336

## DEFENDANTS
$37,050.00 in United States Currency

County of Residence of First Listed Defendant   Clark
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1345ff

Brief description of cause:
Drug related forfeiture.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 10/19/2021

SIGNATURE OF ATTORNEY OF RECORD: /s/  James A. Blum

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE