

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$37,050.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | 2:21-CV-1937-RFB-BNW<br><br>**FILED UNDER SEAL UNDER COURT ORDER, ECF NO. 4**<br><br>**Motion to Withdraw James A. Blum as Attorney and Substitute Stephen R. Hanson II** |

Pursuant to LR IA 11-6(b), the United States moves this Court to allow James A. Blum to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown since he is no longer residing in the District of Nevada and is no longer representing the United States in the District of Nevada.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The United States seeks to substitute Assistant United States Attorney Stephen R. Hanson II as the lead counsel for the United States of America in the place of Assistant United States Attorney James A. Blum.

Dated: July 15, 2022.

                                    Respectfully submitted,

                                    JASON M. FRIERSON
                                    United States Attorney

                                    */s/ Stephen R. Hanson II*
                                    STEPHEN R. HANSON II
                                    Assistant United States Attorney

## ORDER
**IT IS SO ORDERED**

**DATED:** 9:59 am, July 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**